DE AGRAMONTE, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908). Action by Louisa De Agramonte against the city of Mt. Vernon. No opinion. Motion denied.

DE NEZZO, Respondent, v. DI BENEDETTO, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Filippo De Nezzo against Domenico Di Benedetto. No opinion. Judgment and order affirmed, with costs.

DE NEZZO, Respondent, v. DI BENEDETTO, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Lucia De Nezzo against Domenico Di Benedetto. No opinion. Judgment and order affirmed, with costs.

In re DIADAMA'S WILL. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) In the matter of proving the last will and testament of Henry D. Diadama, deceased.

PER CURIAM. Decree of Surrogate's Court reversed, with costs to appellant and one bill of costs to respondent on this appeal, payable out of the estate, and a trial of the following issues of fact directed to be had by and before a jury in the Supreme Court at a term thereof to be convened in the city of Syracuse, in and for the county of Onondaga, on the first Monday in May, 1908, to wit: First: (1) Did Henry D. Diadama possess testamentary capacity at the time of the execution of the alleged will bearing date June 15, 1904? (2) Was the execution of said alleged will procured by fraud or undue influence practiced upon him? Second: (1) Did Henry D. Diadama possess testamentary capacity at the time of the execution of the alleged codicil bearing date May 3, 1905? 2. Was the execution of said alleged codicil procured by fraud or undue influence practiced upon him? Held: There is sufficient doubt as to the correctness of the decision refusing probate to the will and codicil of the alleged testator, so that the questions of fact should be passed upon by a jury, as provided in section 2588 of the Code of Civil Procedure.

McLENNAN, P. J., not voting.

DIENST, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Adam P. Dienst against the city of New York and another. C. Mellen, for appellant. T. Farley, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

DILCHER, Respondent, v. NELLANY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Jacob Dilcher against Michael Nellany. No opinion. The case having been twice passed, the said appeal was in each case dismissed, under rule 39 of the general rules of practice. See 52 Misc. Rep. 364, 102 N. Y. Supp. 264.

DILTHY, Respondent, v. DORF, Appellant. (Supreme Court, Appellate Division, Second Department. March 23, 1908.) Action by William J. Dilthy against Max Dorf. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re DONOVAN. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) In the matter of proceedings to punish Joseph A. Donovan for contempt of court, etc., in an action entitled John Friedman and another v. John Ender et al., 108 N. Y. Supp. 1132. No opinion. Motion denied.

DOREMUS, Respondent, v. BAKER THEATER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) Action by Joseph Doremus against the Baker Theater Company.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

DOREMUS et al., Respondents, v. BOWLING GREEN TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Henry P. Doremus and another against the Bowling Green Trust Company. H. Thompson, for appellant. H. H. Bowman, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

DOWDELL, Respondent, v. LACKAWANNA STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by Patrick Dowdell against the Lackawanna Steel Company. No opinion. Motion to amend remittitur denied, with $10 costs.

DREYFUS v. DREYFUS. (Supreme Court, Appellate Division, First Department. March 13, 1908.) Action by Beatrice Dreyfus against Emil Dreyfus. No opinion. Motion granted, with $10 costs. Order filed.

D. S. VIETS CO., Appellant, v. RECTOR, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by the D. S. Viets Company against Edwin P. Rector. No opinion. Judgment affirmed, with costs.

EHRET, Respondent, v. BROWN, Appellant. SAME v. WELLS. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Appeal from Special Term. Actions by George Ehret against Willard Brown and Charles W. Wells. From orders striking out parts of the answer as irrelevant, defendants appeal. Orders modified. Frank E. Smith, for appellants. Frederic W. Hinrichs, for respondent.

PER CURIAM. So much of the orders appealed from as requires the caption of the second separate defense to add the words "and not as a counterclaim" should be stricken out.